IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 17-24423-CIV-WILLIAMS/TORRES

TIM HORTONS USA, INC.,

    Plaintiff,

v.

SHOW ME HOSPITALITY, LLC,
and ERIC SIGURDSON,

    Defendants.
_____/

## JOINT MOTION TO TRANSFER CASE TO JUDGE MARTINEZ

Plaintiff Tim Hortons USA, Inc. ("THUSA" or "Plaintiff") and Defendants Show Me Hospitality, LLC ("Show Me") and Eric Sigurdson ("Defendants") (THUSA and Defendants shall be collectively referred to as the "Parties"), by and through their undersigned counsel, hereby file this Joint Motion to Transfer Case to Judge Martinez (the "Joint Motion"), and state:

    1.    On or about December 6, 2017, THUSA filed its Complaint in this action against Defendants. *See* [DE 1].

    2.    THUSA also filed a Notice of Pending, Refiled, Related or Similar Actions in this matter notifying this Court that the above-captioned action is related and similar to the following pending action (the "Related Action"):

- **Show Me Hospitality, LLC v. Tim Hortons USA Inc.**
  United States District Court for the Southern District of Florida – Miami Division
  Case No.: 17-22679-CIV-MARTINEZ/OTAZO-REYES

*See* [DE 6].

3. By agreement of the parties, Defendants were served with the Complaint on January 3, 2018. *See* [DE 7]. Pursuant to the parties' agreement, Defendants' response to the Complaint was due to be filed on February 2, 2018. *Id.*

4. On February 2, 2018, Defendants filed their Motion to Dismiss, or, in the Alternative, Consolidate [DE 8]. Prior to filing their Motion to Dismiss or Consolidate, Defendants neglected to meet and confer with counsel for Plaintiff on this motion pursuant to this Court's Local Rules and the Practices and Procedures for Civil Cases for the Honorable Judge Kathleen M. Williams, United States District Judge.

5. After filing their Motion to Dismiss or Consolidate, Defendants' counsel requested to meet and confer with counsel for Plaintiff on the Motion to Dismiss or Consolidate and the Parties' counsel did meet and confer. Counsel for Plaintiff refused to dismiss this case and indicated Plaintiff would oppose Defendants' request for attorneys' fees and costs. However, counsel for Plaintiff advised that they had no objection to this case being transferred to Judge Martinez, who is the Judge in the earlier-filed Related Action that Defendant Show Me filed against THUSA. *See Show Me Hospitality, LLC v. Tim Hortons USA, Inc.*, CASE NO.: 17-22679-CIV-MARTINEZ/OTAZO-REYES (filed April 6, 2017). Defendants agreed to Plaintiff's alternative offer to transfer this case. Such a transfer is consistent with IOP 2.15.00(c) of the Internal Operating Procedures for the United States District Court for the Southern District of Florida. Further counsel for THUSA would have agreed to consolidate discovery in the two cases. Additionally, the Parties agreed that once Judge Martinez rules on THUSA's pending motion to dismiss in the Related Action, if any claims remain, Judge Martinez will then be able to determine if it is appropriate to fully consolidate the two cases.

6. Accordingly, the Parties agreed to submit this Joint Motion to transfer this case to

Judge Martinez, the Judge before whom the earlier-filed Related Action is pending. Good cause exists for this Joint Motion, because the Parties agree that judicial economy and the interests of justice will best be served if this matter is transferred to Judge Martinez, the judge assigned to the earlier-filed Related Action, so that both of these cases will be in front of the same judge.

7. Accordingly, the Parties request that this Court enter an Order granting this Joint Motion, transferring this case to Judge Martinez and, if the transfer is granted, denying the Motion to Dismiss, or, in the Alternative, Consolidate [DE 8] as moot.

WHEREFORE, Plaintiff, Tim Hortons USA, Inc., and Defendants Show Me Hospitality, LLC and Eric Sigurdson, respectfully request that this Court grant this Joint Motion and enter an Order transferring this case to Judge Martinez and, if the transfer is granted, denying the Motion to Dismiss, or, in the Alternative, Consolidate [DE 8] as moot, together with such other and further relief that this Court deems appropriate.

Dated this 16th day of February, 2018.   Respectfully submitted,

**GENOVESE JOBLOVE & BATTISTA, P.A**.
*Counsel for Plaintiff Tim Hortons USA, Inc.*
4400 Miami Tower
100 Southeast Second Street
Miami, Florida  33131
T: (305) 349-2300

**s/ Nina Greene**
Michael D. Joblove
Florida Bar No.: 354147 / mjoblove@gjb-law.com
Nina Greene
Florida Bar No.: 72079 / ngreene@gjb-law.com
Martin J. Keane
Florida Bar No.: 524239 / mkeane@gjb-law.com

-- and --

**DADY & GARDNER, P.A.**

*/s/ Andrew M. Malzahn*
Andrew M. Malzahn MN #0397571
(Admitted *pro hac vice*)
5100 IDS Center, 80 South Eighth Street
Minneapolis, MN 55402
PH: 612-359-9000
amalzahn@dadygardner.com
*Attorneys for Defendants Show Me Hospitality, LLC and Eric D. Sigurdson*

and

**ZARCO EINHORN SALKOWSKI & BRITO, P.A.**
Robert Zarco */* FL Bar No. 502138
Robert M. Einhorn */* FL Bar No. 858188
Alaina B. Siminovsky / FL Bar No. 70644
Miami Tower
100 S.E. 2nd Street, 27th Floor
Miami, Florida 33131
Telephone: (305) 374-5418
Facsimile: (305) 374-5428
*Attorneys for Defendant Show Me Hospitality, LLC*

CASE NO.: 17-24423-CIV-WILLIAMS/TORRES

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on February 16, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive Notices of Electronic Filing.

          **s/ Nina Greene**
          Attorney

11515-004/715

CASE NO.: 17-24423-CIV-WILLIAMS/TORRES

## SERVICE LIST

*Tim Hortons USA Inc. v. Show Me Hospitality, LLC and Eric D. Sigurdson*
**CASE NO.: 17-24423-CIV-WILLIAMS/TORRES**

**(1)** Michael D. Joblove
mjoblove@gjb-law.com
Nina Greene
ngreene@gjb-law.com
GENOVESE JOBLOVE & BATTISTA, P.A.
4400 Miami Tower
100 Southeast Second Street
Miami, Florida  33131
Telephone:     (305) 349-2300
Facsimile:     (305) 349-2310
*Attorneys for Plaintiff Tim Hortons USA, Inc.*

**(2)** Robert Zarco
rzarco@zarcolaw.com
Robert M. Einhorn
reinhorn@zarcolaw.com
Alaina B. Siminovsky
asiminovsky@zarcolaw.com
ZARCO EINHORN SALKOWSKI & BRITO, P.A.
100 Southeast Second Street, Suite 2700
Miami, Florida  33131
Telephone:     (305) 374-5418
Facsimile:     (305) 374-5428
*Attorneys for Defendant Show Me Hospitality, LLC*
**SERVED VIA CM/ECF**

**(3)** Scott E. Korzenowski - *Pro Hac Vice*
sekorzenowski@dadygardner.com
Andrew M. Malzahn - *Pro Hac Vice*
amalzahn@dadygardner.com
DADY & GARDNER, P.A.
5100 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
*Attorneys for Defendants Show Me Hospitality, LLC and Eric D. Sigurdson*
**SERVED VIA CM/ECF**