UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 17-24423-CIV-WILLIAMS

Tim Hortons USA, Inc.

      Plaintiff,

vs.

Show Me Hospitality, LLC, and
Eric D. Sigurdson

      Defendants.

_____/

## ORDER TRANSFERRING CASE

**THIS MATTER** is before the Court on the Parties' joint motion to reassign the case (DE 12). Pursuant to Internal Operating Procedure 2.15.00 of the United States District Court for the Southern District of Florida, and based on related case 17-cv-22679-JEM, **GOOD CAUSE** exists to transfer this case to the Honorable Jose E. Martinez.

Based on these circumstances, and with the agreement and consent of District Judge Jose E. Martinez, it is **ORDERED AND ADJUDGED** that this case is **TRANSFERRED** to Judge Martinez.

**DONE AND ORDERED** in chambers at Miami, Florida, this 23rd day of February, 2018.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE



After reviewing the record, the undersigned hereby accepts the transfer of this action. Therefore, it is

**ORDERED AND ADJUDGED** that all pleadings filed after this date shall bear the following case number, 17-24423CIV-Martinez, indicating the Judge to whom all pleadings should be routed.

**DONE AND SIGNED** in chambers at Miami Florida, this 1 day of March, 2018.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE